COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-204-CV

 

IN RE JEFFREY D.
WESTBROOK                                                RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and petition for temporary restraining order or
preliminary injunction and is of the opinion that relief should be denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

 

 

JOHN CAYCE

CHIEF JUSTICE

 

 

PANEL 
A:  CAYCE, C.J.; WALKER and MCCOY,
JJ. 

 

WALKER, J. would grant.

 

DELIVERED: 
June 5, 2008  











    [1]See
Tex. R. App. P. 47.4.